IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JERRY LEE SUEING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. CIV-05-640-M |
| | ) |
| SHERIFF LEWIS HAWKINS, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

On December 28, 2005, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983.  The Magistrate Judge recommended this action be dismissed without prejudice to the filing of a new action.  Plaintiff was advised of his right to object to the Report and Recommendation by January 17, 2006.  A review of the file reveals no objection has been filed.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on December 28, 2005, and

(2) DISMISSES this action without prejudice to refiling.

**IT IS SO ORDERED this 24th day of February, 2006.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE